PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Sterling Artemis Bruce**                 Docket No. **11 CR 00308**

### Petition for Action on Conditions of Pretrial Release

COMES NOW, **Elizabeth Auson,** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Sterling Artemis Bruce,** who was placed under pretrial release supervision by the **Honorable Patty Shwartz** sitting in the Court at 50 Walnut Street, Newark, New Jersey, on June 22, 2010, under the following conditions:

**A $200,000 unsecured appearance bond secured by the defendant's wife, Monique Hayden and mother in-law Laura Headen. The following conditions were also imposed:**

**1. Pretrial Services supervision;**
**2. The defendant's wife, Monique Hayden shall serve as third party custodian;**
**3. The defendant shall maintain residence with third party custodian;**
**4. The defendant shall surrender his passport and not re-apply for travel documents;**
**5. Travel is restricted to New Jersey unless otherwise approved by Pretrial Services;**
**6. The defendant shall not have any contact with co-defendants, victims or witnesses unless in the presence of counsel.**
**7. Defendant shall not engage in the mortgage field employment.**

On May 9, 2011, the defendant entered a guilty plea before Your Honor and he is scheduled to be sentenced on September 12, 2011.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER: **The defendant shall participate in a mental health evaluation and treatment as deemed appropriate by Pretrial Services.**

ORDER OF COURT

Considered and ordered this ___12th___ day of ___July___, _2011_ and ordered filed and made a part of the records in the above case.

_____
Honorable Faith S. Hochberg
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___July 6, 2011___

_____
Elizabeth Auson
U.S. Pretrial Services Officer